# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE R. PIERSON,<br><br>              Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN, Warden,<br><br>              Respondent. | Case No. LACV 19-183-JWH (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections, and the remaining record, and has made a *de novo* determination.

Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice; and
3. The Clerk shall serve copies of this Order on the parties.

**IT IS SO ORDERED.**

DATED: March 29, 2021

HONORABLE JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE